IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00816-LTB-BNB

SHANE GILLETTE,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPHAOE,
DONALD KLEMME, individually and in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Deadlines to Designate Expert Witnesses** [docket no. 20, filed January 9, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 13, 2012**. The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 14, 2012**.

DATED:  January 10, 2012