IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00816-LTB-BNB

SHANE GILLETTE,

Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPHAOE,
DONALD KLEMME, individually and in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend** [docket no. 25, filed February 13, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

Expert Witness Disclosures:
   The parties shall designate all experts and provide opposing
   counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
   on or before **March 13, 2012**;

   The parties shall designate all rebuttal experts and provide
   opposing counsel with all information specified in Fed. R. Civ. P.
   26(a)(2) on or before **April 13, 2012**;

Discovery Cut-Off:              **April 23, 2012**;
Dispositive Motion Deadline:    **May 2, 2012**.

IT IS FURTHER ORDERED that the Pretrial Conference set for June 4, 2012, is **vacated and reset to July 10, 2012, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **July 3, 2012**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: February 14, 2012