IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 11-cv-00816-LTB-BNB

SHANE GILLETTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, and DONALD KLEMME, individually and in his official capacity,

    Defendants

___

## ORDER
___

As further set forth on the record at the hearing held on March 1, 2012, IT IS HEREBY ORDERED that Plaintiff's Motion to Reconsider the Motion of Plaintiff's Counsel for Leave to Withdraw [Doc # 24] is DENIED.

Dated: March __1__, 2012, in Denver, Colorado.

                                            BY THE COURT:

                                            s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE