IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Case No. 11-cv-00816-LTB-BNB

SHANE GILLETTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF ARAPAHOE, and DONALD KLEMME, individually and in his official capacity,

    Defendants
_____

ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant Donald Klemme With Prejudice (Doc 38 - filed May 25, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendant Donald Klemme only,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                              LEWIS T. BABCOCK, JUDGE

DATED: May 29, 2012